IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE DUNLAP, §<br>  #109264                     §<br>                              §   CIVIL NO. 4:24-CV-01141-ALM-BD<br>VS.                           §<br>                              §<br>GRAYSON COUNTY DETENTION     §<br>CENTER / HEALTHCARE-          §<br>MEDICAL                      § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 25, 2025, the Report and Recommendation of the Magistrate Judge (Dkt. #5) was entered containing proposed findings of fact and recommendations that this civil rights action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 41(a)(1)(A).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil rights action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED this 29th day of December, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE